## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Scott T. Penzerro                                          CHAPTER 13
       Angela  M. Horner
         Debtor(s)                                    BKY. NO. 22-10212 TPA


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.


               Respectfully submitted,


               /s/ Brian C. Nicholas (Atty ID: 317240)
                   Brian Nicholas
                   24 May 2022, 13:07:10, EDT

               Brian C. Nicholas, Esq. (317240) ☑
               Denise Carlon, Esq. (317226)      ☐
               Rebecca A. Solarz, Esq. (315936) ☐
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               412-430-3594
               bkgroup@kmllawgroup.com

Document ID: b46f2065ebb277bf61c653334512c6bea52b561a6b3f8e3c33358793bbbae8fb