WWR# 040975319

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 22-10212 |
| SCOTT T PENZERRO | CHAPTER 13 |
| ANGELA M HORNER | JUDGE THOMAS P. AGRESTI |
| DEBTOR(S) | |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, Byrider Finance, LLC DBA CNAC.

Please send all further communications, pleadings, court notices, and other documents intended for Byrider Finance, LLC DBA CNAC to undersigned counsel.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Attorney for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
gmasterson@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 8th day of June, 2022 addressed to:

DANIEL P. FOSTER, Attorney for Debtor
DAN@MRDEBTBUSTER.COM

RONDA J. WINNECOUR, Trustee
600 GRANT ST STE 3250
PITTSBURGH, PA 15219-2719
inquiries@chapter13trusteewdpa.com

OFFICE OF THE UNITED STATES TRUSTEE  ustpregion03.pi.ecf@usdoj.gov

SCOTT T PENZERRO
1014 ARLINGTON DR
GREENVILLE, PA 16125-8885


ANGELA M HORNER
1014 ARLINGTON DR
GREENVILLE, PA 16125-8885


    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA


    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Attorney for Creditor
    965 KEYNOTE CIRCLE
    BROOKLYN HEIGHTS, OH 44131
    877-338-9484
    gmasterson@weltman.com