# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10212-TPA |
| | : | |
| Scott T. Penzerro and | : | |
| Angela M. Horner, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

NONE

Next Payment Advice Expected (post-filing):

NONE

K.D.    PENZERRO, SCOTT & HORNER, ANGELA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10212-TPA |
| | : | |
| Scott T. Penzerro and | : | |
| Angela M. Horner, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Scott Penzerro, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Scott T. Penzerro, hereby state as follows:

1.) I am unemployed; therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Food Stamps in the amount of $443.00 per month.
3.) I was required to file 2020 – 2021 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: June 23, 2022                    /s/ Scott T. Penzerro
                                        Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10212-TPA |
| | : | |
| Scott T. Penzerro and | : | |
| Angela M. Horner, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Angela M. Horner, | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Angela M. Horner, hereby state as follows:

1.) I am employed by Public Partnerships LLC where I bring home an average of $2,309.73 per month.
2.) I was required to file 2020 – 2021 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

　　　I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: June 23, 2022                                    /s/ Angela M. Horner
　　　　　　　　　　　　　　　　　　　　　　　　Debtor