WWR # 040975319

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Scott T. Penzerro, ) | |
| Angela Horner, ) | Bankruptcy No. 22-10212-TPA |
|     Debtors, ) | |
| ) | Chapter 13 |
| Byrider Finance, LLC dba CNAC, ) | |
|     Movant, ) | |
| ) | Hearing Date & Time: 08/17/2022 at 10:00 a.m. |
| v. ) | |
| ) | Responses Due: July 24, 2022 |
| Scott T. Penzerro and Angela Horner, Debtors ) | |
| Ronda J. Winnecour, Trustee ) | Related to Doc. No.: 35 |
|     Respondents, ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 7, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 24, 2022.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: July 25, 2022

    /s/ Garry Masterson
    Garry Masterson, Bar No. CA297208
    Weltman, Weinberg & Reis Co., L.P.A.
    Attorney of Movant
    965 Keynote Circle
    Cleveland, OH 44131
    216-672-6984
    gmasterson@weltman.com