**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−10212−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott T. Penzerro<br>1014 Arlington Drive<br>Greenville, PA 16125 | Angela M. Horner<br>1014 Arlington Drive<br>Greenville, PA 16125 |

Social Security No.:
xxx−xx−8982                                                              xxx−xx−8774

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Telephone number:  814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 30, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>August 30, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/26/22

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10212-TPA |
| Scott T. Penzerro | Chapter 13 |
| Angela M. Horner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 26, 2022 | Form ID: rsc13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott T. Penzerro, Angela M. Horner, 1014 Arlington Drive, Greenville, PA 16125-8885 |
| 15480762 | + | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15492636 | + | EMP of Mercer County LTD, 740 E State Street, Sharon, PA 16146-3328 |
| 15480772 | + | Fnb Cons Disc Co, 41-A Hadley Road Po Box 152, Greenville, PA 16125-0152 |
| 15497587 | + | Mollie, LLC dba Uown Leasing, 10500 University Center Dr. Suite 140, Tampa, FL 33612-6415 |
| 15492638 | + | Primary Health Network, 220 N Buhl Farm Drive #A, Hermitage, PA 16148-1786 |
| 15492639 | + | Uown Leasing, 10500 University Center Dr 140, Tampa, FL 33612-6415 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 00:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2022 00:07:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15480763 | + | Email/Text: backoffice@affirm.com | Jul 27 2022 00:02:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15490232 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2022 00:07:57 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15480764 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2022 00:02:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15490030 | + | Email/Text: BKRMailOps@weltman.com | Jul 27 2022 00:02:00 | Byrider Finance, LLC DBA CNAC, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15480765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 00:07:57 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15484636 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 00:07:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15480766 | + | Email/Text: bankruptcy@jdbyrider.com | Jul 27 2022 00:02:00 | Car Now Acceptance C, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd, Carmel, IN 46032-5424 |
| 15480767 | ^ | MEBN | | |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2022 23:55:32 | Cbe Group, Attn: Bankruptcy, Po Box 900, Waterloo, IA 50704-0900 |
| 15480768 | ^ | MEBN | | |
| | | | Jul 26 2022 23:55:31 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15480769 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 27 2022 00:02:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15495986 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 27 2022 00:02:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15480770 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 27 2022 00:02:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15480771 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 27 2022 00:02:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15480773 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 27 2022 00:02:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15499104 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 27 2022 00:02:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15484646 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 00:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15497971 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 27 2022 00:02:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15495134 | | Email/Text: perituspendrick@peritusservices.com | Jul 27 2022 00:02:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15480774 | | Email/Text: info@phoenixfinancialsvcs.com | Jul 27 2022 00:02:00 | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis,, IN 46236 |
| 15481374 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 00:18:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15480775 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 00:07:31 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15486456 | ^ | MEBN | Jul 26 2022 23:55:39 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15486455 | ^ | MEBN | Jul 26 2022 23:55:38 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Byrider Finance, LLC dba CNAC |
| cr | | FLAGSTAR BANK, FSB |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15492635 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15492637 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis,, IN 46236 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 26, 2022 | Form ID: rsc13 | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com

Daniel P. Foster
  on behalf of Joint Debtor Angela M. Horner dan@mrdebtbuster.com
  katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
  on behalf of Debtor Scott T. Penzerro dan@mrdebtbuster.com
  katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Garry Alan Masterson
  on behalf of Creditor Byrider Finance  LLC dba CNAC pitecf@weltman.com

Maribeth Thomas
  on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com,
  maribeth.thomas@gmail.com,hgulliver@tuckerlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 7