# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-10212-TPA |
| Scott T. Penzerro AND | : | Chapter 13 |
| Angela M. Horner, | : | |
|     Debtor | : | |
| | : | Related to Document No. 51 |
| Scott T. Penzerro AND | : | |
| Angela M. Horner, | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| Flagstar Bank, | : | |
| | : | |
|     AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Loss Mitigation Order** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **September 7, 2022**　　　　　　　　*By: /s/ Kathryn M. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　Kathryn M. Schwartz,
　　　　　　　　　　　　　　　　　　　　　　　　PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　1210 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Scott T. Penzerro & Angela M. Horner
1014 Arlington Drive
Greenville, PA 16125
*Service via US Mail*

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098
*Service via US Mail*

KML Law Group
c/o Brian Nicholas
bnicholas@kmllawgroup.com
*Service via Electronic Mail*