FILED
12/14/22 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-10212-GLT |
| | : | Chapter: | 13 |
| Scott T. Penzerro | : | | |
| Angela M. Horner | : | | |
| | : | Date: | 12/14/2022 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #61 Motion for Relief from the Automatic Stay Under Section 362 Pursuant to Bankruptcy Procedure Rule 4001 filed by Flagstar Bank, FSB, its successors and/or assigns
   #64 Response by Debtors

**APPEARANCES**:
   Debtor:   Daniel P. Foster
   Flagstar:   Denise Carlon

**NOTES:**   [9:30]

Carlon: Resolved with modified plan. Capitalize plan arrears.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from the Automatic Stay Under Section 362* [Dkt. No. 61] is continued to February 8, 2023 at 9:00am. On or before December 21, 2022, the Debtor shall file an amended plan. [Text order].

2) For the reasons stated on the record, the loss mitigation period is extended 90 days. [Text order].

**DATED:**  12/14/2022