**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 22-10212-GLT |
| | : | |
| Scott T. Penzerro and, | : | CHAPTER 13 |
| Angela M. Horner, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Angela M. Horner, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 91 |
| | : | |
| vs. | : | |
| | : | |
| Tempus Unlimited Inc, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 7, 2023

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**TEMPUS UNLIMITED INC.**
**600 TECHNOLOGY CENTER DRIVE**
**STOUGHTON, MA 02072**