# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 22-10212-GLT |
| | : | |
| Angela M. Horner AND | : | Chapter 13 |
| Scott T. Penzerro, | : | |
|     Debtors, | : | |
| _____ | : | Related to Docket No. 98 |
| Angela M. Horner AND | : | |
| Scott T. Penzerro, | : | |
|     Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Flagstar Bank N.A | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

## **CERTIFICATE OF SERVICE**

    I, Kathryn Schwartz, Paralegal, of Foster Law Offices, certify under penalty of perjury that I served the **ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION** on the parties listed below by First Class Pre-paid United States mail.

Date Served: June 27, 2023

Respectfully submitted,
/s/ Kathryn Schwartz
Kathryn Schwartz
Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

<u>MATRIX</u>

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
Service via CM/ECF

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
Service via CM/ECF

KML Law Group
Counsel for Flagstar Bank, N.A.
c/o Brian Nicholas
bnicholas@kmllawgroup.com
Service via Direct Email

Scott T. Penzerro & Angela M. Horner
1014 Arlington Drive
Greenville, PA 16125
Service via US Mail