# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 22-10212-GLT |
| | : | |
| Angela M. Horner AND | : | Chapter 13 |
| Scott T. Penzerro, | : | |
|     Debtors, | : | |
| | : | Related to Docket No. 98 |
| Angela M. Horner AND | : | |
| Scott T. Penzerro, | : | |
|     Movants, | : | |
| vs. | : | |
| | : | |
| Flagstar Bank N.A | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the ***Motion to Reconsider Order Modifying Section 362 Automatic Stay*** filed on June 22, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than July 10, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Date: July 12, 2023

/s/ Daniel P. Foster, Esquire

Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: July 12, 2023

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

```
KML Law Group
Counsel for Flagstar Bank, N.A.
c/o Brian Nicholas bnicholas@kmllawgroup.com
Service via Direct Email

Scott T. Penzerro & Angela M. Horner
1014 Arlington Drive
Greenville, PA 16125
Service via US Mail
```