Case 22-10212-GLT    Doc 107    Filed 07/14/23    Entered 07/14/23 12:24:47    Desc Main
Document    Page 1 of 1
FILED
7/14/23 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-10212-GLT |
| | : | Chapter: | 13 |
| Scott T. Penzerro | : | | |
| Angela M. Horner | : | | |
| | : | Date: | 7/12/2023 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:** #97- Debtors' Motion to Reconsider Order Modifying Section 362 Automatic Stay of Flagstar Bank, N.A. [Response due 7/10/23]

**APPEARANCES:**
Debtor:    Daniel P. Foster

**NOTES:** [11:00]

Foster: Believes the Debtors can make case work pursuant to amended plan..

Court: Wage attachment remitting, but not in the amounts specified in the order. Why is that?

Foster: Is going to contact the employer because they do not know. Debtors do not understand why the amount is different, say they are working enough.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Reconsider Order Modifying Section 362 Automatic Stay* [Dkt. No. 97] is GRANTED. [DB to enter form order at dkt. no. 97].

2) For the reasons stated on the record, on or before August 11, 2023, the Debtor shall file a status report addressing why the Debtors' wage attachment is not fully remitting to fund the monthly plan obligation. The Debtors shall also detail all efforts made to correct the problems with the wage attachment. [Text order].

**DATED:** 7/12/2023