**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Scott T. Penzerro and, | : | Bankruptcy No: 22-10212-JCM |
| Angela M. Horner, | : | |
| | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 122 |
| | : | |
| EMP of Mercer County LTD, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** EMP of Mercer County LTD
**Incorrect Address:** 740 E State Street Sharon, PA 16146
**Correct Address:** PO Box 92 Jackson Center, PA 16133

Respectfully Submitted,

Date: October 18, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors