**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Case No: 22-10212-JCM |
|---|---|---|
|  | : |  |
| **Scott T. Penzerro AND** | : | Chapter 13 |
| **Angela M. Horner,** | : |  |
| Debtors, | : |  |
|  | : | Related to Docket No: 130 |
| **Scott T. Penzerro AND** | : |  |
| **Angela M. Horner,** | : |  |
| Movants, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| **Ronda J. Winnecour, Esquire,** | : |  |
| Chapter 13 Trustee, | : |  |
| Respondent. | : |  |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE*, filed on May 6, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than May 23, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 27, 2025

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Certificate of No Objection regarding Debtor's Motion to Dismiss Chapter 13 Case* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 27, 2025**

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Ally Bank c/o AIS Portfolio Services, LLC   Ally Bank, c/o AIS Portfolio Services, LP
0315-1                                   4515 N. Santa Fe Ave. Dept. APS             4515 N Santa Fe Ave. Dept. APS
Case 22-10212-JCM                        Oklahoma City, OK 73118-7901                Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue May  6 09:26:31 EDT 2025

PRA Receivables Management, LLC          Quantum3 Group LLC                          1
PO Box 41021                             Sadino Funding LLC                          U.S. Bankruptcy Court
Norfolk, VA 23541-1021                   PO Box 788                                  U.S. Courthouse, Room B160
                                         Kirkland, WA 98083-0788                     17 South Park Row
                                                                                     Erie, PA 16501-1169


AES                                      Affirm, Inc.                                Ally Financial
Attn: Bankruptcy                         Attn: Bankruptcy                            Attn: Bankruptcy
Po Box 64378                             30 Isabella St, Floor 4                     Po Box 380901
St. Paul, MN 55164-0378                  Pittsburgh, PA 15212-5862                   Bloomington, MN 55438-0901


Byrider Finance, LLC DBA CNAC            Capital One                                 Capital One Bank (USA), N.A.
c/o Weltman, Weinberg & Reis Co LPA      Attn: Bankruptcy                            by American InfoSource as agent
965 Keynote Circle                       P.O. Box 30285                              PO Box 71083
Cleveland, OH 44131-1829                 Salt Lake City, UT 84130-0285               Charlotte, NC  28272-1083


Car Now Acceptance C                     Cbe Group                                   Chimef/str
Attn: Bankruptcy                         Attn: Bankruptcy                            Attn: Bankruptcy
12802 Hamilton Crossing Blvd             Po Box 900                                  Po Box 417
Carmel, IN 46032-5424                    Waterloo, IA 50704-0900                     San Francisco, CA 94104-0417


Credit Management Company                EMP of Mercer County LTD                    Fingerhut
Attn: Bankruptcy                         PO Box 92                                   Attn: Bankruptcy
2121 Noblestown Road                     Jackson Center, PA 16133-0092               6250 Ridgewood Road
Pittsburgh, PA 15205-3956                                                            Saint Cloud, MN 56303-0820


Flagstar Bank                            (p)FLAGSTAR BANK FSB                        Fnb Cons Disc Co
Attn: Bankruptcy                         5151 CORPORATE DRIVE                        41-A Hadley Road Po Box 152
5151 Corporate Drive                     MAIL STOP E 115 3                           Greenville, PA 16125-0152
Troy, MI 48098-2639                      TROY MI 48098-2639


Mariner Finance                          Mariner Finance, LLC                        Midland Credit Management, Inc.
Attn: Bankruptcy                         8211 Town Center Drive                      PO Box 2037
8211 Town Center Drive                   Nottingham, MD 21236-5904                   Warren, MI 48090-2037
Nottingham, MD 21236-5904


Mollie, LLC dba Uown Leasing             NPRTO North-East, LLC                       Office of the United States Trustee
10500 University Center Dr. Suite 140    256 West Data Drive                         1000 Liberty Avenue
Tampa, FL 33612-6415                     Draper, UT 84020-2315                       Suite 1316
                                                                                     Pittsburgh, PA 15222-4013


(p)PERITUS PORTFOLIO SERVICES II  LLC    Phoenix Financial Services, LLC             Primary Health Network
PO BOX 141419                            Attn: Bankruptcy                            220 N Buhl Farm Drive #A
IRVING TX 75014-1419                     Po Box 361450                               Hermitage, PA 16148-1786
                                         Indianapolis,, IN 46236-1450
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Select Comfort<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| Uown Leasing<br>10500 University Center Dr 140<br>Tampa, FL 33612-6415 | Angela M. Horner<br>1014 Arlington Drive<br>Greenville, PA 16125-8885 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott T. Penzerro<br>1014 Arlington Drive<br>Greenville, PA 16125-8885 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Flagstar Bank FSB<br>5151 Corporate Drive<br>Troy, MI 48098 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Byrider Finance, LLC dba CNAC | (u)FLAGSTAR BANK N.A. | (u)FLAGSTAR BANK, FSB |
| (d)Ally Bank c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients    4<br>Total                 44 | |