**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    SCOTT T. PENZERRO
    ANGELA M. HORNER
          Debtor(s)

Case No.:22-10212 GLT

Ronda J. Winnecour
        Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/12/2022 and confirmed on 08/31/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,370.83 |
| Less Refunds to Debtor | 1,315.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,055.27 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,697.18 | |
|   Trustee Fee | 2,443.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,140.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 24,557.14 | 0.00 | 24,557.14 |
|     Acct: 2115 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2115 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR ( | 14,135.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 2115 | | | | |
|   ALLY BANK(*) | 15,323.37 | 7,520.35 | 2,836.86 | 10,357.21 |
|     Acct: 4899 | | | | |
|   BYRIDER FINANCE LLC  D/B/A CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9079 | | | | |
| | | | | 34,914.35 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT T. PENZERRO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT T. PENZERRO | 323.00 | 323.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SCOTT T. PENZERRO  Acct: | 730.91 | 730.91 | 0.00 | 0.00 |
| SCOTT T. PENZERRO  Acct: | 261.65 | 261.65 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**  Acct: | 4,780.00 | 4,697.18 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**  Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION  Acct: 8774 | 758.66 | 0.00 | 0.00 | 0.00 |
| AFFIRM  Acct: VVR7 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFFIRM  Acct: 2909 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFFIRM  Acct: ULU2 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC,  Acct: 1389 | 820.13 | 0.00 | 0.00 | 0.00 |
| CBE GROUP  Acct: 7914 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES  Acct: 8774 | 2,068.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES  Acct: 8774 | 1,595.60 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMPANY  Acct: 8982 | 1,896.19 | 0.00 | 0.00 | 0.00 |
| MARINER FINANCE LLC  Acct: 4692 | 5,473.37 | 0.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS LLC  Acct: 6674 | 148.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR SA  Acct: 443R | 875.31 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 6822 | 2,186.08 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES  Acct: 8982 | 176.00 | 0.00 | 0.00 | 0.00 |
| NPRTO NORTH-EAST LLC  Acct: 2255 | 1,083.00 | 0.00 | 0.00 | 0.00 |
| BYRIDER FINANCE LLC  D/B/A CNAC  Acct: 9079 | 3,169.25 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**  Acct: 6822 | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELTMAN WEINBERG & REIS CO LPA**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TUCKER ARENSBERG PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                          34,914.35

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 29,459.00 |
| UNSECURED | 20.249.59 |

Date: 09/08/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com